UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:19CR 00561 DPM |
| | ) | |
| v. | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(D) |
| ANTONIO EARL BOYD | ) | 18 U.S.C. § 924(c)(1)(A) |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 02 2019

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about June 24, 2019, in the Eastern District of Arkansas, the defendant,

ANTONIO EARL BOYD,

knowingly and intentionally possessed with intent to distribute less than 50 kilograms of a mixture and substance containing a detectable amount of marihuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

### COUNT 2

On or about June 24, 2019, in the Eastern District of Arkansas, the defendant,

ANTONIO EARL BOYD,

knowingly and intentionally possessed at least one of the following firearms, that is: a Taurus, model TCP, .380 caliber pistol, bearing serial number 0062056, and a SCCY, model CPX-2, 9mm caliber pistol, bearing serial number 639394, in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D), as set forth in Count 1 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION 1

Upon conviction of Counts 1 and 2 of this Indictment, the defendant, ANTONIO EARL BOYD, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

## FORFEITURE ALLEGATION 2

Upon conviction of Counts 1 and 2 of this Indictment, the defendant, ANTONIO EARL BOYD, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

## FORFEITURE ALLEGATION 3

Upon conviction of Counts 1 and 2 of this Indictment, the defendant, ANTONIO EARL BOYD, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.