UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                              4:19-CR-00561-DPM-1

ANTONIO EARL BOYD

**ORDER OF DETENTION PENDING TRIAL**

On December 17, 2019, the Court held a hearing on the United States' Motion to Revoke the Pretrial Release of Defendant Antonio Earl Boyd ("Mr. Boyd"). *Doc. 17.*

On October 18, 2019, Mr. Boyd was released on an O/R Bond, with home incarceration and location monitoring. Mr. Boyd's mother, Latricia Boyd, agreed to act as his third-party custodian. In setting conditions for Mr. Boyd, I noted that the Government had presented a strong case for detention and that it was a close call. I imposed the most restrictive conditions available, and I explained to Mr. Boyd that this was his one and only chance to remain free on bond.

On Friday, December 13, 2019, Mr. Boyd cut his location monitor and left his mother's residence. He then compounded that error by spending the weekend with Tiffany Williams, the one person with whom the Court had previously ordered him to have no contact.

I find that: (1) Mr. Boyd has violated the conditions of his O/R Bond; and (2) it is "unlikely [that he will] abide by any condition or combination of conditions of release" that I might impose. *See* 18 U.S.C. § 3148(b)(1)(B) and (2)(B). Accordingly, Mr. Boyd must be detained until all charges in this case have been resolved.

Mr. Boyd is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. He must be afforded a reasonable opportunity to consult privately with defense counsel. On order of a United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver Mr. Boyd to the United States Marshal for all court appearances.

IT IS THEREFORE ORDERED THAT the Government's Motion to Revoke, *Docs. 17*, is GRANTED, and Mr. Boyd is HEREBY DETAINED.

IT IS SO ORDERED this 17th day of December, 2019.

_____
UNITED STATES MAGISTRATE JUDGE